# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Alan P. Johnson,

    Petitioner,

        v.                                Case No.  1:06cv156

Warden, Chillicothe Correctional Institution,    Judge Michael R. Barrett

    Respondent.

## ORDER

This matter is before the Court on the Magistrate Judge's Report and Recommendation filed July 6, 2007 (Doc. 11).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED.**  Petition for Writ of Habeas Corpus is dismissed with prejudice as to Grounds One and Three of the petition; and Grounds Two and Four of the petition are denied with prejudice .  A certificate of appealability will not issue and leave will not be granted for Petitioner to proceed in forma pauperis on appeal.  This action is closed.

    **IT IS SO ORDERED.**

                                                         *S/Michael R. Barrett*

bac      July 30, 2007                                    Michael R. Barrett, Judge
                                                     United States District Court